UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

          - v. -

FRANK TEJEDA,

          Defendant.
- - - - - - - - - - - - - - - - - -X

PRIOR FELONY
<u>INFORMATION</u>

07 Cr. 502 (VM)

       The United States Attorney charges:

       On or about May 13, 1998, in New York County Criminal Court in the state of New York, FRANK TEJEDA, the defendant, was convicted of attempted criminal sale of a controlled substance in the third degree, a Class B felony, in violation of P.L. 220.39, for which he received a sentence of five years' probation.

       Accordingly, FRANK TEJEDA, the defendant, is subject to the enhanced penalties of Title 21, United States Code, Sections 841(b)(1)(A) and 841(b)(1)(B).

       (Title 21, United States Code, Section 851.)

Dated:   New York, New York
           October 25, 2007

                                       */s/ Michael J. Garcia*
                                       MICHAEL J. GARCIA
                                       United States Attorney