# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

February 4, 2008

**BY HAND DELIVERY**

Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

**Re:  United States v. Frank Tejeda**
      **07 Cr. 502 (VM)**

Dear Judge Marrero:

   I write in the above-captioned case to request an adjournment of the sentencing which is currently scheduled for Friday, February 8, 2008. I am not prepared to proceed with sentencing on Friday and request an additional 45 days so that I may effectively prepare for Mr. Tejeda's sentencing and any other motions that are appropriate. I have spoken to AUSA Rua Kelly and she has informed me that she objects to an adjournment of the sentencing date.

Respectfully submitted,

Jennifer Brown
Attorney for **Frank Tejeda**
(212)417-8722

cc:  Rua Kelly, Esq.
     Assistant United States Attorney

     Frank Tejeda, MCC

Request GRANTED. The sentencing of defendant Frank Tejeda herein is rescheduled to 2-29-08 at 2:00 p.m. Absent a proffer of a good faith plausible basis for new motions SO ORDERED. The Court is not persuaded that additional time for sentencing is warranted.
2-5-08
DATE        VICTOR MARRERO, U.S.D.J.