

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2008

**By Facsimile Transmission**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2-28-08

Re: **United States v. Sanchez, et al.**
    **07 Cr. 502 (VM)**

Dear Judge Marrero:

I am writing to confirm that both the Government and defense counsel are available on March 28, 2008 at 2:15 p.m. for the sentencing of defendant Frank Tejeda.

In addition, the Government writes to advise the Court that we anticipate filing a response to the defendant's motion for a new trial by tomorrow, Friday, February 29, 2008.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rua M. Kelly/Jeffrey A. Brown
Assistant United States Attorney
(212) 637-2471/1110

cc: Jennifer Brown, Esq. (By fax)

> Request GRANTED. The sentencing of defendant Frank Tejeda herein is rescheduled to 3-28-08 at 2:15 p.m.
> SO ORDERED.
> 2-28-08
> DATE          VICTOR MARRERO, U.S.D.J.