# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

- v -

FRANK TEJEDA, Defendant.

Docket Number: **07 CR. 502-03 (VM)**

Honorable Victor Marrero
(District Court Judge)

Notice is hereby given that **the defendant, Frank Tejeda** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]; order [ ]; other [ ]: _____
(specify)

entered in this action on **04/18/08**
(date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

The appeal concerns:   conviction only [ ];   sentence only [ ];   conviction and sentence [✓].

Date: **4/21/2008**

TO:
Rua M. Kelly, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Frank Tejeda, Reg. No. 70321-054, MCC

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

ADD ADDTIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)

TRANSCRIPT INFORMATION - FORM B

### ►QUESTIONNAIRE

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other   Attach explanation

### ►TRANSCRIPT ORDER

Prepare transcript of   Dates
[ ] Pre-trial proceedings _____
[✓] Trial   1/11/08, 3/28/08
[✓] Sentence   4/18/08
[ ] Post-trial proceedings _____

### ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature: *Jennifer L. Brown*

DATE: **April 21, 2008**

### ► COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____   Signature _____
(Court Reporter)

COPY 1 - ORIGINAL